**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/22
```

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF
THE NEW YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW YORK, and the
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                       Petitioners,

   -against-

KAJA CUSTOM BUILDERS LLC a/k/a
KAJA CUSTOM BUILDER LLC,

                       Respondent.

**22 Civ. 0171 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    This action was commenced on January 7, 2022. (Dkt. No. 1.) At that time, Petitioners filed a petition to confirm arbitration award, along with certain additional materials in support thereof. (Dkt. No. 5.) The Clerk of Court issued a summons to Respondent on January 10, 2022. (Dkt. No. 6.)

    **IT IS HEREBY ORDERED** that within ten (10) days of service of the petition and supporting materials, the Respondent is directed to inform the Court whether it contemplates opposing the position, and separately to show cause why the arbitration award should not be confirmed.

**SO ORDERED.**

Dated: January 11, 2022
      New York, New York

_____
Victor Marrero
U.S.D.J.