UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW
YORK, and the NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS,

                      Petitioners,

      -against-

KAJA CUSTOM BUILDERS LLC a/k/a
KAJA CUSTOMER BUILDER LLC,
                    Respondent.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2022

22 **CIVIL** 171 (VM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 31, 2022, the Petition to confirm an arbitration award from Petitioners (1) Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, (2) the Trustees of the New York City Carpenters Relief and Charity Fund, (3) the Carpenter Contractor Alliance of Metropolitan New York, and (4) the New York City District Council of Carpenters (collectively "Petitioners") is GRANTED; and judgment is entered as follows: (a) Petitioners are awarded $124,019.01 plus interest from March 8, 2021 the date of the arbitration award through the date of the judgment at 5.25% per annum, in the amount of $6,921.28; (b) Petitioners are awarded post-judgment interest after

judgment is entered, which shall be calculated at the statutory rate; and (c) Petitioners are awarded $1,432.50 in attorneys' fees and $77 in costs arising from the Petition.

**Dated:** New York, New York
March 31, 2022

RUBY J. KRAJICK

**Clerk of Court**

BY: *[signature]*

**Deputy Clerk**